IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 8:13CV00227 |
| | ) |
| ABDIAZIZ Y. MOHAMED, | ) |
| MEMBER OF OMAHA | ) |
| INTERNATIONAL FOOD MART, | ) |
| LLC, | ) |
| | ) |
| Respondent. | ) |

ORDER TO SHOW CAUSE

Upon the petition of the United States of America to enforce an Internal Revenue Service Summons, and the attachments thereto,

**IT IS ORDERED** that a copy of this Order, together with the Petition and attachments thereto, be personally served on the Respondent by an official of the Internal Revenue Service who is hereby specially appointed for that purpose, and that such service be made pursuant to Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that within 20 days after service of copy of this Order, the Respondent shall file and serve a written response to the Petition. If the Respondent has any defense to present or motion to make in opposition to the Petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney. Only those issues

raised by motion or brought into controversy by responsive pleading(s) shall be considered by the Court. Any uncontested allegations in the Petition shall be deemed admitted.

**IT IS FURTHER ORDERED** that, in the event no written response to the Petition is filed and served in accordance with this Order, or in the event the responses filed do not deny or controvert the allegations of the Petition, the allegations in the Petition will be deemed admitted, and an order will be entered compelling the Respondent to comply with the summons described in the Petition.

**IT IS FURTHER ORDERED** that, in the event the Respondent files a written response pursuant to this Order which denies or controverts allegations of the Petition, the Respondent shall appear before the United States District Court in Omaha, Nebraska, at 10:00 a.m. on the 13th day of September, 2013, at Courtroom 6 in the Roman Hruska United States Courthouse to show cause why Respondent should not be compelled to comply with the Internal Revenue Service summons served on February 5, 2013.

**DATED August 2, 2013.**

                                             **BY THE COURT:**

                                             S/ F.A. Gossett
                                             **United States Magistrate Judge**