# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **8:13CV00227** |
| | ) | |
| **ABDIAZIZ Y. MOHAMED, MEMBER** | ) | **ORDER** |
| **OF OMAHA INTERNATIONAL** | ) | |
| **FOOD MART, LLC,** | ) | |
| | ) | |
| **Respondent.** | ) | |

Upon consideration of the United States' Motion to Compel Compliance with Internal Revenue Service Summons (filing 7), and for good cause shown,

**IT IS ORDERED** the allegations in the Petition (filing 1) are deemed admitted;

**IT IS FURTHER ORDERED** that Respondent shall comply with the summons attached to the Petition by September 30, 2013;

**IT IS FURTHER ORDERED** that the United States shall promptly inform the Court of Respondent's full compliance or non-compliance with the Summons;

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to Respondent at the following address:

Mr. Abdiaziz Mohamed
11640 Burt Street, Apt. 14
Omaha, NE 68154

**DATED September 16, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**