IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 16 2013
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 8:13CV00227 |
| | ) |
| ABDIAZIZ Y. MOHAMED, MEMBER | ) |
| OF OMAHA INTERNATIONAL | ) |
| FOOD MART, LLC, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Upon consideration of the United States' Motion to Compel Compliance with Internal Revenue Service Summons (Docket No. 7), and for good cause shown,

IT IS ORDERED the allegations in the Petition (Docket No. 1) are deemed admitted;

IT IS FURTHER ORDERED that Respondent shall comply with the summons attached to the Petition by September 30, 2013;

IT IS FURTHER ORDERED that the United States shall promptly inform the Court of the Respondent's full compliance or non-compliance with the Summons;

IT IS FURTHER ORDERED that if the Respondent fails to comply with the summons by September 30, 2013, that the Respondent shall appear before the United States District Court in Omaha, Nebraska, at the Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, at 10:30 a.m./p.m. on the 7th day of October 2013, at Courtroom 6, to show cause why the Respondent should not be held in contempt of this Order;

IT IS FURTHER ORDERED that the Clerk's Office mail a copy of this Order to the Respondent at the following address:

Mr. Abdiaziz Mohamed
11640 Burt Street, Apt. 14
Omaha, NE 68154

DATED this 16 day of SEPTEMBER, 2013.

BY THE COURT:

F.A. GOSSETT
UNITED STATES MAGISTRATE JUDGE